*In re* DAVID LITTLEJOHN, a Minor.

(No. 60123;

First District (2nd Division)—November 19, 1974.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, for the People.